

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

cv-13964-LTS   Document 7   Filed 01/11/16

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

15-CV-13964-LTS

cv-13964-LTS   Document 7   Filed 01/11/16

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andre Bissor
3000 Presidents Way
#3413
Dedham, MA 02026

2. Article Number
(Transfer from service label)

7012 3050 0000 7256 0488

PS Form 3811, February 2004   Domestic Return Receipt

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]   ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
X

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

USPS DEDHAM MA 02026 DEC 19 2005
USPS SCANNED

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540